In the Matter of the Succession Tax on a Trust Fund Created by the Third Item of the Last Will and Testament of HENRY B. GIBSON, Deceased.

JAMES A. ROBERTS, Comptroller of the State of New York, Appellant; JAMES M. SMITH et al., Respondents.

(Submitted November 21, 1898; decided December 6, 1898.)

MOTION to amend remittitur by inserting after the words " with costs," the following words, " to each respondent appearing in this court by separate attorneys, to be paid by the appellant." (See 157 N. Y. 680.)

Motion granted.

NELLIE FRENCH, Appellant, v. ALVIN SEAMANS, Respondent.

*French* v. *Merrill*, 27 App. Div. 612, appeal dismissed.
(Submitted November 21, 1898; decided December 6, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1898, reversing an order of Special Term denying a motion to set aside a verdict and all proceedings had thereon.

*John F. Little* for appellant.

*John F. Parkhurst* for respondent.

Appeal dismissed, with costs, on *Van Arsdale* v. *King* (155 N. Y. 325).

All concur, except GRAY, J., absent.

In the Matter of LOUISA WILLIAMS, an Alleged Incompetent Person.

JOHN L. SEAGER, as Temporary Administrator of LOUISA WILLIAMS, Deceased, Appellant; MYRTLE SULLIVAN et al., Respondents.

*Matter of Williams*, 24 App. Div. 247, affirmed.
(Argued November 21, 1898; decided December 6, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered